IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JON A. HALL,

    Plaintiff,

v.

MULTNOMAH COUNTY HEALTH, et al.,

    Defendants.

Civil No. 04-452-AS

ORDER

MOSMAN, Judge.

Plaintiff, a former inmate at the Multnomah County Detention Center, brings this civil rights action pursuant to 42 U.S.C. § 1983 *pro se*. On July 29, 2005, the Honorable Donald C. Ashmanskas of this court issued an order requiring Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. Plaintiff was given 30 days to file a response to the order, and was advised that if he failed to do so, this action would be dismissed.

1 - ORDER -

Plaintiff did not file a response to Judge Ashmanskas' order to show cause. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice. IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __1__ day of September, 2005.

                                     /s/ Michael W Mosman
                                           Michael W. Mosman
                                           United States District Judge